Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leslie M. Hixenbaugh**
**Sharon K. Hixenbaugh**
 Debtor(s)

Bankruptcy Case No.: 15−22034−CMB
Related To Dkt. No. 108
Chapter: 13
Docket No.: 109 − 108
Concil. Conf.: January 16, 2020 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 4, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 18, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 16, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 18, 2019

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 15-22034-CMB
Leslie M. Hixenbaugh                                                Chapter 13
Sharon K. Hixenbaugh
         Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                Page 1 of 2            Date Rcvd: Sep 18, 2019
                               Form ID: 410              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db/jdb         +Leslie M. Hixenbaugh,    Sharon K. Hixenbaugh,    5905 Victor Circle,    Aliquippa, PA 15001-4818
cr              ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14056818       +Aarons Appliances,    1461 Old Brodhead Road,    Monaca, PA 15061-2404
14056819        Allegheny General Hospital,    PO Box 644662,    Pittsburgh, PA 15264-4662
14056820       +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
14338132        Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
14056826       +Great Lakes Student Loans,    P.O. Box 3059,    Milwaukee, WI 53201-3059
14270382        Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14056829        Merchants & Medical Credit,    Viking Client Services,    Flint, MI 48507
14056830       +Mobile Loans,    PO Box 1409,    Marksville, LA 71351-1409
14071772       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14061062       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
14122203       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14056833       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14081320       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14056834       +Premier Womens Health,    301 Ohio River Blvd.,    Suite 301,    Sewickley, PA 15143-1300
14056835        Sallie Mae/Navient,    PO Box 9450,   Wilkes Barre, PA 18773
14056836       +Sewickley Valey Pediatrics,    119 VIP Drive,    Suite G-2,    Wexford, PA 15090-7976
14056838        Transworld Systems,    PO Box 644662,    Wilmington, DE 19850
14071957       +Wells Fargo Bank N A,    Wells Fargo Education Financial Services,    301 E 58th Street N,
                 Sioux Falls  SD 57104-0422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 19 2019 03:18:44
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2019 03:20:08
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14056821       +E-mail/Text: delinquencygroup@bayerhfcu.com Sep 19 2019 03:26:57
                 Bayer Heritage Federal Credit Union,    17612 Energy Rd.,    Proctor, WV 26055-1293
14056822       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 19 2019 03:18:51
                 Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14079979       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2019 03:38:09
                 Capital One Auto Finance c/o AIS,    Portfolio Services, LP f/k/a AIS Data,
                 Services d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14056823       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 19 2019 03:29:20
                 Credit Collection Services,    2 Wells Avenue,    Newton Center, MA 02459-3246
14062005        E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:26:58      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14056824       +E-mail/Text: mrdiscen@discover.com Sep 19 2019 03:26:58      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
14121386       +E-mail/Text: kburkley@bernsteinlaw.com Sep 19 2019 03:29:09      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14056825       +E-mail/Text: kburkley@bernsteinlaw.com Sep 19 2019 03:29:09      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14056827       +E-mail/Text: nhc@nhchome.com Sep 19 2019 03:26:53      Heritage Valley,
                 c/o National Hospital Collections,    16 Distributor Drive,    Suite 2,
                 Morgantown, WV 26501-7209
14056828        E-mail/Text: cio.bncmail@irs.gov Sep 19 2019 03:27:10      Internal Revenue Service,
                 PO Box 219236,    Stop P-4 5000,    Kansas City, MO 64121-9236
14180588        E-mail/PDF: pa_dc_ed@navient.com Sep 19 2019 03:20:20
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
14056832       +E-mail/Text: edinkel@vikingservice.com Sep 19 2019 03:29:33      PNC Card,
                 c/o Viking Client Services,    7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
14119863        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2019 03:21:38
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
14056837       +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2019 03:29:02      Transworld Systems,
                 PO Box 15618,    Dept. 51,    Wilmington, DE 19850-5618
                                                                                              TOTAL: 16
```

```
District/off: 0315-2              User: jhel              Page 2 of 2              Date Rcvd: Sep 18, 2019
                                  Form ID: 410            Total Noticed: 37


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL   ASSOCIATION
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
cr*             Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
14056831*      +Mobile Loans,    PO Box 1409,   Marksville, LA 71351-1409
14056839*      +Transworld Systems,    PO Box 15618,   Dept. 51,    Wilmington, DE 19850-5618
                                                                                 TOTALS: 4, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com,
               ewassall@logs.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    PNC Bank, N.A. lkarl@rascrane.com
              Lauren M. Lamb    on behalf of Debtor Leslie M. Hixenbaugh
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Sharon K. Hixenbaugh
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                                 TOTAL: 12
```