Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Leslie M. Hixenbaugh** | : | Case No. 15−22034−CMB |
| **Sharon K. Hixenbaugh** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per Doc. No. 109 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 10th of January, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                              Case No. 15-22034-CMB
Leslie M. Hixenbaugh                                                Chapter 13
Sharon K. Hixenbaugh
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: dric               Page 1 of 2              Date Rcvd: Jan 10, 2020
                              Form ID: 309             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         +Leslie M. Hixenbaugh,    Sharon K. Hixenbaugh,    5905 Victor Circle,    Aliquippa, PA 15001-4818
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14056818       +Aarons Appliances,    1461 Old Brodhead Road,    Monaca, PA 15061-2404
14056819        Allegheny General Hospital,    PO Box 644662,    Pittsburgh, PA 15264-4662
14056820       +American Education Services,    PO Box 2461,    Harrisburg, PA 17105-2461
14056826       +Great Lakes Student Loans,    P.O. Box 3059,    Milwaukee, WI 53201-3059
14056829        Merchants & Medical Credit,    Viking Client Services,    Flint, MI 48507
14056830       +Mobile Loans,    PO Box 1409,    Marksville, LA 71351-1409
14071772       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14061062       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14122203       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14056833       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14081320       +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
                 Attn: Dawn Lindner
14056834       +Premier Womens Health,    301 Ohio River Blvd.,    Suite 301,    Sewickley, PA 15143-1300
14056835        Sallie Mae/Navient,    PO Box 9450,    Wilkes Barre, PA 18773
14056836       +Sewickley Valey Pediatrics,    119 VIP Drive,    Suite G-2,    Wexford, PA 15090-7976
14056838        Transworld Systems,    PO Box 644662,    Wilmington, DE 19850

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: AISACG.COM Jan 11 2020 07:58:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
cr              EDI: ECMC.COM Jan 11 2020 07:58:00      ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr              EDI: RECOVERYCORP.COM Jan 11 2020 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14056821       +E-mail/Text: delinquencygroup@bayerhfcu.com Jan 11 2020 03:22:26
                 Bayer Heritage Federal Credit Union,    17612 Energy Rd.,    Proctor, WV 26055-1293
14056822       +EDI: CAPONEAUTO.COM Jan 11 2020 07:58:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
14079979       +EDI: AIS.COM Jan 11 2020 07:58:00      Capital One Auto Finance c/o AIS,
                 Portfolio Services, LP f/k/a AIS Data,    Services d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14056823       +EDI: CCS.COM Jan 11 2020 07:58:00      Credit Collection Services,    2 Wells Avenue,
                 Newton Center, MA 02459-3246
14062005        EDI: DISCOVER.COM Jan 11 2020 07:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14056824       +EDI: DISCOVER.COM Jan 11 2020 07:58:00      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
14121386       +E-mail/Text: kburkley@bernsteinlaw.com Jan 11 2020 03:23:41      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14056825       +E-mail/Text: kburkley@bernsteinlaw.com Jan 11 2020 03:23:41      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
14338132        EDI: ECMC.COM Jan 11 2020 07:58:00      Educational Credit Management Corporation,
                 PO Box 16408,    St. Paul, MN 55116-0408
14056827       +EDI: NHCLLC.COM Jan 11 2020 07:58:00      Heritage Valley,    c/o National Hospital Collections,
                 16 Distributor Drive,    Suite 2,    Morgantown, WV 26501-7209
14056828        EDI: IRS.COM Jan 11 2020 07:58:00      Internal Revenue Service,    PO Box 219236,
                 Stop P-4 5000,    Kansas City, MO 64121-9236
14270382        EDI: BL-BECKET.COM Jan 11 2020 07:58:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14180588        EDI: NAVIENTFKASMDOE.COM Jan 11 2020 07:58:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
14056832       +E-mail/Text: edinkel@vikingservice.com Jan 11 2020 03:23:57      PNC Card,
                 c/o Viking Client Services,    7500 Office Ridge Circle,    Eden Prairie, MN 55344-3782
14119863        EDI: RECOVERYCORP.COM Jan 11 2020 07:58:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
14056837       +E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 03:23:39       Transworld Systems,
                 PO Box 15618,    Dept. 51,    Wilmington, DE 19850-5618
14071957       +EDI: WFFC.COM Jan 11 2020 07:58:00      Wells Fargo Bank  N A,
                 Wells Fargo Education Financial Services,    301 E 58th Street N,    Sioux Falls SD 57104-0422
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK NATIONAL  ASSOCIATION
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
```

```
District/off: 0315-2          User: dric                 Page 2 of 2                  Date Rcvd: Jan 10, 2020
                              Form ID: 309               Total Noticed: 37

cr*              Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
14056831*       +Mobile Loans,    PO Box 1409,   Marksville, LA 71351-1409
14056839*       +Transworld Systems,    PO Box 15618,   Dept. 51,   Wilmington, DE 19850-5618
                                                                                             TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
```
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com,
               ewassall@logs.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Lauren Berschler Karl    on behalf of Creditor    PNC Bank, N.A. lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Lauren M. Lamb    on behalf of Debtor Leslie M. Hixenbaugh
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Sharon K. Hixenbaugh
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Stuart P. Winneg    on behalf of Creditor    PNC Bank, National Association swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 12
```