IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie M. Hixenbaugh | ) | |
| Sharon K. Hixenbaugh, | ) | Case No. 15-22034-CMB |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 2678 | ) | |
| | ) | |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| Leslie M. Hixenbaugh, | ) | |
| | ) | Related to Docket No. 112 |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Joy Dog Food, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 14, 2020, a true and correct copy of the *Order Dismissing Case Without Prejudice and Terminating Wage Attachment* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Leslie & Sharon Hixenbaugh
5905 Victor Circle
Aliquippa, Pa 15001

Joy Dog Food, Inc.
Attn: Payroll Dept.
1102 Kennedy Drive
PO Box 305
Pinckneyville, PA 62274

Date of Service: January 14, 2020

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201