IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie M. Hixenbaugh | ) | |
| Sharon K. Hixenbaugh, | ) | Case No. 15-22034-CMB |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 2678 | ) | |
| | ) | |
| Debtor(s) | ) | Related to Document No. 112 |
| | ) | |
| Leslie M. Hixenbaugh, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Forward Air, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on January 14, 2020, a true and correct copy of the *Order Dismissing Case Without Prejudice and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Leslie & Sharon Hixenbaugh
5905 Victor Circle
Aliquippa, Pa 15001

Forward Air, Inc.
Attn: Payroll Dept.
PO Box 1058
Greeneville, TN 37744

Date of Service: January 14, 2020

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201