**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LESLIE M. HIXENBAUGH
    SHARON K. HIXENBAUGH
        Debtor(s)

Case No.:15-22034

Ronda J. Winnecour
        Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/04/2015 and confirmed on 07/23/2015. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 66,386.03 |
| Less Refunds to Debtor | 600.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 65,786.03 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,400.00 | |
|     Trustee Fee | 2,759.16 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,159.16 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 52,340.64 | 0.00 | 52,340.64 |
|   Acct: 8898 | | | | |
| PNC BANK NA | 14,583.59 | 684.60 | 0.00 | 684.60 |
|   Acct: 8898 | | | | |
| CAPITAL ONE AUTO FINANCE** | 3,423.31 | 3,423.31 | 602.26 | 4,025.57 |
|   Acct: XXX3228 | | | | |
| BAYER HERITAGE CREDIT UNION** | 2,445.56 | 2,445.56 | 130.50 | 2,576.06 |
|   Acct: 1040 | | | | |
| | | | | 59,626.87 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LESLIE M. HIXENBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LESLIE M. HIXENBAUGH | 300.00 | 300.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LESLIE M. HIXENBAUGH | 300.00 | 300.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,782.30 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 2,226.10 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,524.63 | 0.00 | 0.00 | 0.00 |
| Acct: 5632 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6649 | | | | |
| ECMC(*) | 34,764.15 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5357 | | | | |
| DISCOVER BANK(*) | 3,522.11 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6202 | | | | |
| GREAT LAKES HIGHER ED CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9397 | | | | |
| NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0235 | | | | |
| MERCHANTS & MEDICAL CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1133 | | | | |
| MOBILOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8103 | | | | |
| MOBILOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7292 | | | | |
| PNC BANK NA | 4,480.30 | 0.00 | 0.00 | 0.00 |
| Acct: 0146 | | | | |
| PREMIER WOMENS HEALTH LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEPT | 47,039.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| SEWICKLEY VALLEY PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5796 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4282 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6288 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5350 | | | | |
| WELLS FARGO BANK NA | 5,404.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7450 | | | | |
| INTERNAL REVENUE SERVICE* | 8,571.48 | 0.00 | 0.00 | 0.00 |
| Acct: 2678 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| BECKET & LEE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                       59,626.87

TOTAL CLAIMED
PRIORITY            2,782.30
SECURED            20,452.46
UNSECURED         107.532.82

Date: 03/05/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com